# *INDEX TO EXHIBIT B FOR THE APPLICATION UNDER THE HAGUE CONVENTION ON THE CIVIL ASPECTS OF INTERNATIONAL CHILD ABDUCTION*

**Exhibit 1. Pages 1-14**  Applicant Mother's Statement for Section V. CIRCUMSTANCES OF THE WRONGFUL REMOVAL OR RETENTION.

**Exhibit 2. Pages 15-22**  September 19, 2011 Marriage Certificates of the parties from Peru and the U.S.

**Exhibit 3. Pages 23-24**  U.S. Passport of Taking Parent/Respondent Father

**Exhibit 4.  Pages 25-34**  Birth Certificates and Passports of Children M.R.W. and N.W.

**Exhibit 5.  Pages 35-89**  Lima, Peru School Records for 8-year-old M.R.W. and 5-year-old N.W.

**Exhibit 6.  Pages 90-92**  Peru Government Exit Permits for the Children

**Exhibit 7.  Pages 93-101**  Applicant/Mother's Dental Business data, College graduation data and Dental Certification

**Exhibit 8.   Pages 102**  Applicant/Mother's Election Advertisement for Lima, Peru Congress

**Exhibit 9.   Pages 103**  Family Photo in Peru

**Exhibit 10.  Pages 105**  Father's Orders sent to him in Peru for temporary active duty with the U.S. Marines.

**Exhibit 11. Pages 116-120**  Airline Tickets for M.R.W. and N.W. purchased for return trip to Peru on January 27, 2021 after Christmas Vacation in the U.S.

**Exhibit 12. Pages 121-137**  Applicant/Mother's evidence of medical issues in Kentucky and Tampa FL.

**Exhibit 13.  Pages 138-139**     June 19, 2021 USPS delivery receipt obtained from Paternal Grandparents in Kentucky with the assistance of the KY Police Department.

**Exhibit 14.  Pages 140-144**     June 19 2021 Kentucky Police 911 Call Reports showing the Applicant/Mother's attempts to obtain passports from the Paternal Grandparents.

**Exhibit 15.  Pages 145-159**     Marion Count Order Restricting Travel of Applicant Mother and no contact order with 8-year-old son MRW.

**Exhibit 16.  Pages 160-171**     Father's July 9, 2021 Petition for Dissolution of Marriage, Ex-parte Motion and resulting court order.

**Exhibit 17.  Pages 172-178**     Arrest Affidavit of Applicant Mother, Marion County Special Conditions Order dated June 28, 2021 and Modification Order dated July 23, 2021.